UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JACQUELINE ALVARADO, on behalf of herself and all others similarly situated,

Plaintiff,

v.

GEM RECOVERY SYSTEMS, LLC

Defendant.

Case No. 07 Civ. 945 (ILG) (SMG)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Jacqueline Alvarado hereby dismisses her individual claims against defendant Gem Recovery Systems, with prejudice; provided, however, that the United States District Court shall retain supplemental jurisdiction over any matter concerning the terms, obligations and/or enforcement of the settlement between the parties.

Dated: January 24, 2008

**BROMBERG LAW OFFICE, PC**
*Attorney for Plaintiff*

By: _____
Brian L. Bromberg
40 Exchange Place, Suite 2010
New York, New York 10005
(212) 248-7906

**SEIDMAN & PINCUS, LLC**
*Attorney for Defendant*

By: /s/ Andrew Pincus
Andrew Pincus (AP9295)
777 Terrace Avenue, 5th Floor
Hasbrouck Heights, New Jersey 07604
(201) 473-0047

**SO ORDERED:**

s/I. Leo Glasser

~~Hon. Stuart M. Gold~~  I. LEO GLASSER, USDJ
~~Chief Magistrate Judge~~